**Clarence MOORE, Plaintiff–Appellant,**

v.

**RICHMOND NURSING HOME; Boris T. Simmons, Police Officer, 1312–6, Defendants–Appellees.**

No. 02–1662.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Clarence Moore, Appellant Pro Se. Keith Allen May, City Attorney's Office, Richmond, Virginia, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Clarence Moore appeals the district court's order denying his motion for recon-

sideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Moore v. Richmond Nursing Home,* No. CA–99–683 (E.D.Va. May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*